# United States Bankruptcy Court
## Central District of California

Riverside

Judge Deborah Saltzman, Presiding

Courtroom 304 Calendar

Wednesday, October 27, 2010　　　　　　　　　　　　　　　　　　Hearing Room 304

8:30 am

6:10-29653    Macedonio Rodriguez　　　　　　　　　　　　　　　　　　　　Chapter 7

Telephonic Hearing

#99.00    Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 15146 Mission Street, Hesperia, CA 92345

**Jonathan J Damen to appear by telephone (714)277-4937**

Docket #: 11

Matter Notes:
GRANTED: ✓    DENIED: _____

CONT'D. TO: _____

WITHDRAWN: _____

**Judge:**
- NONE LISTED -

**Law Clerk:**
- NONE LISTED -

**Tentative Ruling:**
GRANT under 11 U.S.C. § 362(d)(1) and (d)(2).
GRANT as binding despite conversion.
GRANT waiver of FRBP 4001(a)(3) stay.

NO APPEARANCE REQUIRED -- Court may continue the motion if any circumstances arise at the hearing demonstrating need for a continuance.

MOVANT TO LODGE ORDER WITHIN 7 DAYS.

# United States Bankruptcy Court
## Central District of California

Riverside

Judge Deborah Saltzman, Presiding

Courtroom 304 Calendar

**Wednesday, October 27, 2010**                                  **Hearing Room  304**

8:30 am

**Cont....    Macedonio Rodriguez**                                   **Chapter 7**

BY VIRTUE OF THE ENTRY OF THIS ORDER, THE BORROWER'S(S') BANKRUPTCY PROCEEDINGS HAVE BEEN FINALIZED WITH REGARD TO THE SUBJECT PROPERTY WITHIN THE MEANING OF CALIFORNIA CIVIL CODE SECTION 2923.5(h)(3).

Party Information

**Debtor(s):**

Macedonio Rodriguez                          Represented By

                                                  Leroy Bishop Austin

**Movant(s):**

BAC Home Loans Servicing, LP fka        Represented By

                                                  Edward T Weber

**Trustee(s):**

Arturo Cisneros (TR)